# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-2198530




## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. 10-1305          2. DATE DOCKETED: _____
3. CASENAME (lead parties only) Business Roundtable   v.  United States Securities and Exchange Commission
4. TYPE OF CASE: ☒ Review ☐ Appeal ☐ Enforcement ☐ Complaint ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ☒ No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: United States Securities and Exchange Commission
   b. Give agency docket or order number(s): Release Nos. 33-9136; 34-62764; IC-29384; File No. S7-10-09; 75 Fed. Reg. 56,668 (Sept. 16, 2010)
   c. Give date(s) of order(s): September 16, 2010
   d. Has a request for rehearing or reconsideration been filed at the agency? ☐ Yes ☒ No
      If so, when was it filled? _____ By whom? _____
      Has the agency acted? ☐ Yes ☐ No If so, when? _____
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      Petitioners are business associations; many of their members are public companies that are direct objects of the rule and will be required to make their proxy materials available to certain shareholders to put forward director candidates. The members of petitioner Chamber of Commerce, and their subsidiaries, include firms that serve as mutual fund advisers. The Chamber is itself an investor in mutual funds.
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☐ Yes ☒ No  If YES, identify case name(s), docket number(s), and court(s)
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☐ Yes ☒ No  If YES, give case name(s) and number(s) of these cases and identify court/agency:
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes ☒ No  If YES, provide program name and participation dates.

Signature _____  Date 09-29-2010
Name of Counsel for Appellant/Petitioner Eugene Scalia
Address Gibson, Dunn & Crutcher LLP, 1050 Connecticut Avenue, N.W., Washington, D.C. 20036
E-Mail escalia@gibsondunn.com   Phone (202) 955-8500   Fax (202) 467-0539

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)