# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 10-1305                                         September Term 2010

SEC-75FR56668

**Filed On:** March 16, 2011

Business Roundtable and Chamber of
Commerce of the United States of America,

      Petitioners

  v.

Securities and Exchange Commission,

      Respondent

## O R D E R

It is **ORDERED**, on the court's own motion, that the time for the oral argument of this case on April 7, 2011 is now set for 10:00 a.m.

                                           FOR THE COURT:
                                           Mark J. Langer, Clerk

                       BY:    /s/
                                           Michael C. McGrail
                                           Deputy Clerk